MICHELE BECKWITH
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH KUMAR,<br><br>              Plaintiff,<br><br>    v.<br><br>USCIS, ET AL.,<br><br>              Defendants. | CASE NO. 2:25-CV-00714 CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff's petition for asylee relatives, which he filed in 2022. USCIS granted one of the applications at issue on March 25, 2025, and is working to complete the adjudication of the applications for two of plaintiff's family members, which is expected to render this lawsuit moot.

*The remainder of this page is intentionally blank.*

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 14, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: May 5, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ ROBERT B. JOBE
ROBERT B. JOBE
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the time for Defendants to file an answer or other dispositive pleading is extended until August 14, 2025. All other filing deadlines are also extended.

Dated: May 7, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, kuma.0714.25

2