KIMBERLY A. SANCHEZ
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH KUMAR,<br><br>                     Plaintiff,<br><br>           v.<br><br>USCIS, ET AL.,<br><br>                     Defendants. | CASE NO.  2:25-CV-00714 CSK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME |

   The Defendants respectfully request a second extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose.  In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed the adjudication of Plaintiff's petition for three asylee relatives, which he filed in 2022.  Since the filing of the complaint, two of the three petitions have been adjudicated.  USCIS has scheduled an interview for the final relative on August 21, 2025.  Defendants will work to complete the adjudication of this petition within 120 days from the date of the interview, however, the timing of this process may vary depending on whether Plaintiff is required to provide additional evidence after the interview and how promptly Plaintiff responds to any such request.  Once this adjudication has been completed, the parties anticipate that this lawsuit will be rendered moot.

*The remainder of this page is intentionally blank.*

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is December 19, 2025. The parties further request that all other case management and filing deadlines, including any scheduling conference, be similarly extended.

Respectfully submitted,

Dated: July 30, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

By: /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

/s/ ROBERT B. JOBE
ROBERT B. JOBE
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the time for Defendants to file an answer or other dispositive pleading is extended until December 19, 2025. All other filing deadlines are also extended.

Dated: August 1, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, kuma.0714.25